UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                                                     23-M-

$27,909.00 United States Currency

        Defendant *in rem.*
_____

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and Robert P. Merino, Esq., attorney for claimant Eladio Garcia, that the

*U.S. v. $27,909.00 United States Currency*
Stipulation to Extend Plaintiff's Time
to File Complaint in Civil Forfeiture Action        Page 1 of 2

government's time to file its Verified Complaint for Forfeiture be extended from July 3, 2023 to September 1, 2023, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

TRINI E. ROSS
United States Attorney
Western District of New York

Dated: _June 30,_ , 2023    By: _____
Elizabeth M. Palma
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Ave
Buffalo, New York 14202
(716) 843-5860
elizabeth.palma@usdoj.gov

Dated: 6/25, 2023    By: _____
Robert P. Merino, Esq.
701 Pine Avenue
Niagara Falls, New York 14301
(716) 622-6284
robertmerinoattorney@gmail.com
Attorney for Eladio Garcia

*U.S. v. $27,909.00 United States Currency*
Stipulation to Extend Plaintiff's Time
to File Complaint in Civil Forfeiture Action                    Page **2** of **2**